CR 07 00432 JF

PROB 22

**TRANSFER OF JURISDICTION**

E-FILING
FILED
2007 JUL 11 P 3:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| DOCKET NUMBER (Tran. Court) |
|---|
| 0972 2:06CR00232-01 WBS |

| DOCKET NUMBER (Rec. Court) |
|---|
|  |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Anthony Bliss<br>Sunnyvale, California (City/State only) | Eastern District of California | Northern |

**NAME OF SENTENCING JUDGE**

Honorable William B. Shubb

| DATES OF SUPERVISED RELEASE: | FROM<br>05/29/2007 | TO<br>05/28/2010 |
|---|---|---|

**OFFENSE**  21 USC 841(a)(1) - Possession With Intent to Distribute Methamphetamine (Class B Felony); 18 USC 924(c)(1) - Carrying a Firearm During a Drug Trafficking Crime (Class D Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/6/2007
/Date

_[signature]_
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 6 2007
Effective Date

_[signature]_
United States District Judge

CC: United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG