UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

CR-07- 00432 -JF

USDC Northern District of California
Clerk's Office, 16th Floor
450 Golden Gate Avnue
San Francisco,, CA 94102



RE: USA vs.
USDC No.: 2:06-CR-00232-WBS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 23, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 3**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

July 25, 2007    /s/ L. Mena-Sanchez
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

PROB 22

**TRANSFER OF JURISDICTION**

E-FILING
FILED
2007 JUL 11 P 3:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

| DOCKET NUMBER (Tran. Court) |
|---|
| 0972 2:06CR00232-01 WBS |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR 07 00432 JF |

FILED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Anthony Bliss<br>Sunnyvale, California (City/State only) | Eastern District of California | Northern |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable William B. Shubb |

| DATES OF SUPERVISED RELEASE: | FROM<br>05/29/2007 | TO<br>05/28/2010 |
|---|---|---|

**OFFENSE**   21 USC 841(a)(1) - Possession With Intent to Distribute Methamphetamine (Class B Felony);
18 USC 924(c)(1) - Carrying a Firearm During a Drug Trafficking Crime (Class D Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/6/2007
Date

_____
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 6 2007
Effective Date

_____
United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____
    Deputy Clerk
Dated 7/25/07

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

CLOSED, PROB22_IN, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-00232-WBS All Defendants
### Internal Use Only

Case title: USA v. Bliss

Date Filed: 06/08/2006
Date Terminated: 08/16/2006

Assigned to: Judge William B. Shubb

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 7/25/07

**Defendant**

**Michael Anthony Bliss (1)**
*TERMINATED: 08/16/2006*

**Pending Counts**

POSSESSION WITH INTENT TO DISTRIBUTE METHAMPEHTAMINE (1)

**Disposition**

Probation transfer to USDC NDC

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2006 | 1 | TRANSFER of JURISDICTION (PROBATION 22 In) as to Michael Anthony Bliss from Central District of CA. DEFENDANT |

|            |    |                                                                                                                                                                                                                                                                                                                                                        |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | TERMINATED. CASE CLOSED. (Duong, D) (Entered: 08/17/2006)                                                                                                                                                                                                                                                                                              |
| 12/21/2006 | 2  | PROBATION FORM 12 re Supervised Release as to Michael Anthony Bliss signed by Judge William B. Shubb on 12/19/06 APPROVING the modification as recommended. (Carlos, K) (Entered: 12/21/2006)                                                                                                                                                          |
| 07/23/2007 | 3  | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to USDC Northern District of California as to Michael Anthony Bliss. Signed by Judge William B. Shubb on 6/6/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Mena-Sanchez, L) (Entered: 07/25/2007) |