# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

San Jose Venue

*FILED*

*JUN 3 ~ 2008*

---

### Petition for Summons for Offender Under Supervision

---

| | | |
|---|---|---|
| Name of Offender: | Michael Anthony Bliss | Docket No.:  CR 07-00432-01 JF |

Name of Sentencing Judge: Manuel L. Real
United States District Judge (Central District of California)

Date of Original Sentence: September 15, 2004

Original Offense:
Count Two: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), a Class B felony
Count Three: Carrying a firearm in relation to drug trafficking crime , 18 U.S.C. § 924(c)(1), a Class D felony

Original Sentence: 17 years custody and three (3) years supervised release.
Special Conditions: Special assessment $150.00; drug/alcohol treatment

The offender was released to the Northern District of California.  Jurisdiction was transferred to the Northern District of California on July 6, 2007.

Type of Supervision: Supervised Release        Date Supervision Commenced: May 29, 2007
Assistant U.S. Attorney: Duty AUSA              Defense Counsel: Duty AFPD (AFPD)

---

### Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge Seeborg for identification of counsel and setting of further proceedings on June 5, 2008 at 9:30

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.  The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 03/23/05

Michael Anthony Bliss                                                    Page 2
CR 07-00432-01 JF

Charge Number          Violation

One                    There is probable cause to believe that the offender violated standard
                       condition number eight which prohibits him from purchase, possess, or
                       administer any narcotic or other controlled substance or any paraphernalia
                       related to such substance.

                                       On May 22, 2008, during an random urinalysis, the offender was
                                       observed urinating through a "ruber-type device" that looked like a
                                       penis. The offender was confronted by the tester at Pathway Society.
                                       He pled for leniency and when he was asked to surrender the device,
                                       he fled with the device.

                                       On May 23, 2008, the offender was directed to report to the probation
                                       office for an urinalysis.   He tested presumptive positive for
                                       Amphetamine. Initially, he denied using any illegal drugs and denied
                                       bringing a device to Pathway Society. He later admitted to me that he
                                       used methamphetamine two days prior and he admitted to borrowing
                                       the above describe device from a friend of a parolee.

                                       The presumptive positive urine test taken on May 23, 2008, was sent
                                       to Kroll Laboratory Specialists, Inc for confirmation. The result of
                                       this confirmation was negative.

                                       Evidence of the above violation can be found in the Pathway House
                                       Progress report dated May 22, 2008 and Kroll Laboratory Specimen
                                       ID number C00784651.

Address of offender:          1692 Alder Creek
                              San Jose, CA 95148

Based on the foregoing, there is probable cause to believe that Michael Anthony Bliss violated the
conditions of his supervision.

Michael Anthony Bliss
CR 07-00432-01 JF                                                                    Page 3

Respectfully submitted,

Janie Zhuang
U.S. Probation Officer
Date Signed: May 29, 2008

Approved as to form:

Susan Portillo
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge Seeborg for identification of counsel and setting of revocation proceedings on June 5, 2008 at 9:30

☐ Other:

6/3/08
Date

Ronald m. whyte
~~Jeremy Fogel~~
United States District Judge

NDC-SUPV-FORM 12C(1) 03/23/05