<pre>
1                    UNITED STATES DISTRICT COURT
2                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
3

4   UNITED STATES OF AMERICA,       )
              Plaintiff;             )
5                                    )
          - vs -                     )   Docket No. CR 07-00432-01 JF
6                                    )
    Michael Anthony Bliss            )
7             Defendant.             )
</pre>

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Supervised Release Violation hearing originally set for the 6th day of August 2008, be continued until the 13th day of August 2008, at 9:00 a.m.

DATE 7-18-08

Jeremy Fogel
United States District Judge

