# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Final Hearing re Revocation of Supervised Release, August 13, 2008
**Case Number:** CR-07-00432-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. MICHAEL BLISS**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Michael Bliss |
| Attorneys Present: Jeff Schenk | Attorneys Present: Manuel Araujo |

---

PROCEEDINGS:

Final Hearing re Revocation of Supervised Release held. Counsel, Probation Officer Janie Zhuang and defendant are present. Defendant admits charge 1 of the Petition. The Court orders Defendant shall remain on supervised release under the original terms and conditions, modified to include 50 hours community service.